escrow with an attorney satisfactory to all parties, and in addition that plaintiff furnish a surety company bond in the sum of $13,000. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

SAMUEL FLOCH v. HENRY A. LIBAIRE and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of HARRY FIELDSTEEL (Formerly HARRY FELDSTEIN), an Attorney.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of HARRY HARTMAN, an Attorney.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of MORRIS LEVY, an Attorney.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of J. SELIG MAISEL for Reinstatement as Attorney and Counselor at Law.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of ABRAHAM H. WEINSTEIN, an Attorney.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the INVESTIGATION OF THE ADMINISTRATION AND CONDUCT OF THE VARIOUS DEPARTMENTS OF THE GOVERNMENT OF THE CITY OF NEW YORK, etc., under the Joint Resolution Adopted by the Senate and Assembly of the State of New York, on March 23, 1931. In re: WILLIAM F. DOYLE, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL FALK, Appellant, v. THE SHERIFF OF NEW YORK COUNTY, or Any Other Person Having the Custody of WILLIAM F. DOYLE.*— Order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the INVESTIGATION OF THE ADMINISTRATION AND CONDUCT OF THE VARIOUS DEPARTMENTS OF THE GOVERNMENT OF THE CITY OF NEW YORK, etc., under the Joint Resolution Adopted by the Senate and the Assembly of the State of New York, on March 23, 1931. In re: WILLIAM F. DOYLE, Appellant.— Motion for stay pending appeal denied, and stay and provision for bail vacated, and the said William F. Doyle remanded to the custody of the sheriff of the county of New York. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL FALK, Appellant, v. THE SHERIFF OF NEW YORK COUNTY, or Any Other Person Having the Custody of WILLIAM F. DOYLE.— Motion for stay pending appeal denied, and stay and provision for bail vacated, and the said William F. Doyle remanded to the custody of the sheriff of the county of New York. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the INVESTIGATION OF THE ADMINISTRATION AND CONDUCT OF THE VARIOUS DEPARTMENTS OF THE GOVERNMENT OF THE CITY OF NEW YORK, etc., under the Joint Resolution Adopted by the Senate and Assembly of the State of New York, on March 23, 1931. In re: WILLIAM F. DOYLE, Appellant.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

* See, also, 234 App. Div. 843.